UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETI TELEVISIVE ITALIANE S.P.A,

                Plaintiff,

      –against–

VIMEO INC.,

                Defendant.

**ORDER**

20-cv-08954 (ER)

Ramos, D.J.:

      This matter was stayed on December 22, 2020, pending the decision by the Rome Court of Appeal on the foreign judgment issued by the Court of Rome, Section XVII.  Doc. 10.  The parties are directed to submit a status letter by no later than **Monday, July 17, 2023.**

      It is SO ORDERED.

Dated:  July 13, 2023
           New York, New York

                                                          Edgardo Ramos, U.S.D.J.