UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETI TELEVISIVE ITALIANE S.P.A,

                Plaintiff,

        –against–

VIMEO INC.,

                Defendant.

**ORDER**

20-cv-08954 (ER)

RAMOS, D.J.:

At the request of both parties, Doc. 10, this case has been stayed since December 22, 2022, pending the decision by the Rome Court of Appeal on the foreign judgment issued by the Court of Rome, Section XVII. Doc. 11. On July 17, 2023, the parties submitted a joint status letter informing the Court that the Rome Court of Appeal had not yet reached a decision, and requesting a continuance of the stay. Doc. 12. The Court continued the stay pending the conclusion of proceedings before the Rome Court of Appeal. Doc. 13.

In the meantime, Reti sought to enforce a second, separate foreign judgment against Vimeo in New York state court. On June 27, 2023, that action was removed to this Court under case number 23-cv-05488, which was accepted as related to this action on June 29, 2023.

The parties have now informed the Court that the Rome Court of Appeals reached a decision on October 12, 2023, and jointly request lifting the stay in this action. Doc. 14. The parties also jointly request consolidating this action and 23-cv-05488. *Id.*

Accordingly, the Clerk of Court is respectfully directed to lift the stay in this action. The Clerk of Court is also directed to consolidate cases 20-cv-08954 and 23-cv-05488. All future filings in this case shall be filed in 23-cv-05488.

It is SO ORDERED.

Dated: October 20, 2023
       New York, New York

_____
Edgardo Ramos, U.S.D.J.