UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RETI TELEVISIVE ITALIANE S.P.A,

                Plaintiff,

      –against–

VIMEO INC.,

                Defendant.

**ORDER**

20-cv-08954 (ER)

RAMOS, D.J.:

      On October 20, 2023, at the parties' request, the Court consolidated this action and *Reti Televisive Italiane S.p.A v. Vimeo Inc.*, 23-cv-05488. Doc. 15. In each action, Reti seeks to enforce a foreign judgment against Vimeo. Case 23-cv-05488 was designated as the lead case. *Id.* On June 13, 2024, the parties filed a letter in case 23-cv-05488 explaining that they had reached a settlement agreement in principle, which they were working to formalize. Doc. 72. As a result, the Court issued an order dismissing that case, subject to reopening should the settlement not be consummated by August 14, 2024. Doc. 73. The parties are now directed to file, by July 1, 2024, a joint letter updating the Court on the status of the instant action.

      It is SO ORDERED.

Dated:  June 24, 2024
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.